AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| David E. Mack ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:11cv 731 |
| Firstsource Advantage, LLC ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David E. Mack
7720 McCallum Blvd. #2099
Dallas, Texas 75252

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: *November 8, 2011*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:11CV731

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Firstsource Advantage, LLC
was received by me on *(date)*   11/09/2011   .

☐ I personally served the summons on the individual at *(place)* _____
    on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served by certified mail # 7010 0780 0000 0582 9151

My fees are $   5.00   for travel and $   15.00   for services, for a total of $   20.00   .

I declare under penalty of perjury that this information is true.

Date:   12/08/2011

*Gary Storm* (signature)
*Server's signature*

Gary Storm
*Printed name and title*

PO Box 835211
Richardson, Texas 75083
*Server's address*

Additional information regarding attempted service, etc:

TEXAS-EASTERN
2011 DEC -8 AM 11:48
U.S. DISTRICT COURT
FILED-CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Firstsource Advantage LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7010 0780 0000 0582 9151 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |