UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2011 DEC -9 AM 11: 58
TEXAS-EASTERN
BY_____

| | |
|---|---|
| David E Mack )<br>　　Plaintiff )<br>) <br>vs ) <br>) <br>) <br>Firstsource Advantage, LLC )<br>　　Defendants ) | Case No. 4:11CV731 |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

TO THE HONORABLE JUDGE OF THIS COURT:

　　The Plaintiff, David E Mack, comes before this Court with this Motion for Entry of Default Judgment against Defendant Firstsource Advantage, LLC and states as follows:

1. Plaintiff has made all filings required of this Court to bring a cause of action against the Defendant, Firstsource Advantage, LLC, for damages under the FCRA 15 U.S.C. § 1681 et seq.

2. Plaintiff has made proper service of the summons and Complaint to the Defendant, Firstsource Advantage, LLC, as evidenced by the affidavit and proof of mailing by Gary Storm, an independent process server.

3. The time for the Defendant to respond is past and there has been no response to the service of summons and complaint in this matter and Defendant is therefore in default.

4. Plaintiff has made a Request for Clerk's Entry of Default Judgment.

WHEREFORE, the Plaintiff respectfully requests the entry of a Default Judgment against the Defendant, Firstsource Advantage, LLC, in this matter be granted by this Honorable Court.

				Respectfully Submitted,

				_____
				David E Mack
				7720 McCallum Blvd. # 2099
				Dallas, Texas 75252
				972-735-9642

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the document above was sent to Defendant listed below by first class mail USPS.

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

Dated December 9, 2011

David E Mack