# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:11-cv-731 |
| v. | § | |
| | § | |
| **FIRSTSOURCE ADVANTAGE, LLC** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

On this day came on for consideration the Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Motion for Entry of Default Judgment. After careful consideration, the Court is of the opinion that such motion (Dkt. 11) should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Enlargement of Time is in all things **GRANTED,** and any responsive pleadings or motions for Defendant are now due on or before January 10, 2011.

SO ORDERED.

SIGNED this 23rd day of December, 2011.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE