## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | CASE NO. 4:11-cv-731 |
| v. | § | |
| | § | |
| **FIRST SOURCE ADVANTAGE, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT 26(f) SCHEDULING CONFERENCE REPORT

1. A factual and legal description of the case which also sets forth the elements of each cause of action and each defense.

Plaintiff has filed a one-count Complaint alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). Plaintiff alleges that, beginning in or around February, 2009, Defendant obtained the TransUnion consumer credit report of the Plaintiff with no permissible purpose.

Defendant has filed an Answer to Plaintiff's Complaint, which denies the material allegations therein and asserts various affirmative defenses thereto.

2. The date the Rule 26(f) conference was held, the names of those persons who were in attendance and the parties they represented.

The parties' Rule 26(f) conference was held on March 9, 2012. The parties were represented by:

David Mack – Pro Se Plaintiff, and

Keith Wier – Attorney for Defendant.

3. A list of any cases that are related to this case and that are pending in any state or federal court with the case numbers and court along with an explanation of the status of those cases.

Mack v. First Source Advantage, L.L.C.; Cause No. 4:11-cv 00814
In the United States District Court for the Eastern District of Texas, Sherman Division

This case involves the same parties and similar allegations. The Defendant filed its Answer in the case on January 17, 2012. Discovery is just beginning.

4. An agreed discovery/case management plan, if agreement can be reached, which will be used by the Court to prepare a Scheduling Order (a sample Scheduling Order form is enclosed which must be used by the parties; the Scheduling Order shall be filed as an attachment to the joint conference report), and which includes deadlines for the following:

   a. Joining additional parties;
      06/01/2012

   b. Filing amended pleadings;
      08/15/2012

   c. Filing any motions to transfer, to remand, to dismiss, for summary judgment, or other dispositive motions;
      09/17/2012

   d. Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule 26(b);
      07/09/2012

   e. Filing any objections or challenges to any other party's experts
      08/09/12

   f. Pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3); and
      11/05/12

   g. Completion of all discovery.
      09/17/12

5. A suggested date for the Final Pretrial Conference (see enclosed list of the Court's available Final Pretrial Conference dates) at which time the trial will be scheduled;
   12/03/12

6. The expected length of trial;

Trial in this matter is expected to last 1-2 days.

7. Whether the parties jointly agree to trial before a magistrate judge (the parties should seriously consider this option given that **the District Judge is now setting jury**

**trials approximately 11 months out from the date of final pretrial);**

The parties at this time do not consent to trial before a Magistrate Judge.

8.      Whether a jury demand has been made; and

Plaintiff has requested trial by jury.

9.      **Whether any party requests a scheduling conference with the Court.**

At this time the parties do not anticipate the need for a scheduling conference with the Court.

Dated: March 29, 2012                    RESPECTFULLY SUBMITTED,

                                         //s// David Mack
                                         7720 McCallum Blvd., #2099
                                         Dallas, Texas 75252
                                         (972) 735-9642 Telephone
                                         Pro Se Plaintiff

Dated: March 29, 2012                    RESPECTFULLY SUBMITTED,

                                         //s// Keith Wier
                                         Keith Wier
                                         BUSH & RAMIREZ, LLC
                                         5615 Kirby Dr. Suite 900
                                         Houston, Texas 77005
                                         (713) 626-1555 Telephone
                                         kwier@bushramirez.com
                                         Attorney for Defendant