**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David E. Mack
7720 McCallum Blvd.
2099
Dallas Tx 75252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☑ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4/10/12

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

4:11cv731 (24)

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

7010 2780 0000 9139 7118

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540