IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID E. MACK | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § Case No. 4:11CV731 |
| | § |
| FIRST SOURCE ADVANTAGE, LLC | § |
| | § |
| Defendant. | § |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 9, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Entry of Default Judgment (Dkt. 9) and Plaintiff's Motion in Opposition to Order Granting Defendant's Motion for Enlargement of Time (Dkt. 13) be **DENIED**.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Motion for Entry of Default Judgment (Dkt. 9) and Plaintiff's

1

Motion in Opposition to Order Granting Defendant's Motion for Enlargement of Time (Dkt. 13) are

DENIED.

    **IT IS SO ORDERED.**

    **SIGNED this the 28th day of September, 2012.**

                                                                        _____
                                                                         RICHARD A. SCHELL
                                                                         UNITED STATES DISTRICT JUDGE